Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
GRUBB & ELLIS MANAGEMENT SERVICES, INC.


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X    21 MC 102 (AKH)

KLEVER VASQUEZ,                                              Index No.:  07-CV-4520

                      Plaintiff(s),       **NOTICE OF ADOPTION OF ANSWER
                                                            TO MASTER COMPLAINT**

   -against-                                           **ELECTRONICALLY FILED**

90 CHURCH STREET LIMITED
PARTNERSHIP, *et al.*,

                      Defendant(s).
-------------------------------------------------------X

    PLEASE TAKE NOTICE that Defendant, GRUBB & ELLIS MANAGEMENT

SERVICES, INC., by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to

the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the

Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master

Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center

Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

    WHEREFORE, the defendant, GRUBB & ELLIS MANAGEMENT SERVICES, INC.,

demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
        September 10, 2007

                            Yours etc.,

                            McGIVNEY & KLUGER, P.C.
                            Attorneys for Defendant
                            GRUBB & ELLIS MANAGEMENT SERVICES, INC.

                            By:

                            Richard E. Leff (RL-2123)
                            80 Broad Street, 23rd Floor
                            New York, New York 10004
                            (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site
        Litigation
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

        All Defense Counsel