Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
Kenneth H. Frenchman, Esq. (KF-3635)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendant Merrill Lynch & Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
IN RE WORLD TRADE CENTER LOWER                               :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION                           :
                                                             :
-------------------------------------------------------------X
KLEVER VASQUEZ                                               :   07-CV-4520-AKH
                                                             :
                              Plaintiff,                     :
                                                             :   **NOTICE OF ADOPTION**
        - against -                                          :   **OF ANSWER**
                                                             :   **TO MASTER COMPLAINT**
90 CHURCH STREET LIMITED                                     :   **BY MERRILL LYNCH**
PARTNERSHIP, *et al.*,                                       :
                                                             :   **ELECTRONICALLY FILED**
                              Defendants.                    :
-------------------------------------------------------------X

       PLEASE TAKE NOTICE THAT Defendant Merrill Lynch & Co., Inc. ("Merrill Lynch"), as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts Merrill Lynch's Answer to Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

DOCSNY-267204v01

WHEREFORE, Merrill Lynch demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York        DICKSTEIN SHAPIRO LLP
       September 14, 2007

                                /s/ Judith R. Cohen_____
                    By:  Robert J. Higgins (RH-6477)
                          Judith R. Cohen (JC-8614)
                          Kenneth H. Frenchman (KF-3635)
                          1177 Avenue of the Americas
                          New York, New York 10036
                          Phone: (212) 277-6500
                          Fax: (212) 277-6501
                          *Attorneys for Defendant*
                          MERRILL LYNCH & CO., INC.