UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

-----------------------------------------------------------------X

KLEVER VASQUEZ, : 07-CV-4520-AKH

                  Plaintiff,

                                  : **APPEARANCE**

    - against -

90 CHURCH STREET LIMITED
PARTNERSHIP, *et al.*, : **ELECTRONICALLY FILED**

                  Defendants.
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York            DICKSTEIN SHAPIRO LLP
       October 3, 2007

                                        By:    /s/ Judith R. Cohen
                                             Judith R. Cohen (JC-8614)
                                             1177 Avenue of the Americas
                                             New York, New York 10036
                                             Phone: (212) 277-6500
                                             Fax: (212) 277-6501
                                             *Attorney for Defendant*
                                             MERRILL LYNCH & CO., INC.